| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 22-11581-PMM**

| | |
|---|---|
| Christine A. Kurtz | Petition Filed Date: 06/17/2022 |
| 1127 North 11th St. | 341 Hearing Date: 07/26/2022 |
| Reading  PA   19604 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/25/2022 | $165.00 | | | | | | | |

**Total Receipts for the Period: $165.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $165.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | BRENNA H MENDELSOHN ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | AMERICAN INFOSOURCE LP »» 001 | Unsecured Creditors | $3,022.10 | $0.00 | $0.00 |
| 2 | WELLS FARGO BANK NEVADA NA »» 002 | Unsecured Creditors | $9,162.75 | $0.00 | $0.00 |
| 3 | M&T BANK »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | DONOVAN YOUNG DMD PLLC »» 004 | Unsecured Creditors | $35.00 | $0.00 | $0.00 |
| 5 | CHASE BANK USA NA »» 005 | Unsecured Creditors | $3,613.89 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-11581-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $165.00 | Current Monthly Payment: | $165.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $13.20 | Total Plan Base: | $9,900.00 |
| Funds on Hand: | $151.80 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.