UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Christine A. Kurtz                    Case Number 22-11581-pmm

Debtor                                       Chapter 13

CERTIFICATE OF SERVICE

I, Brenna H. Mendelsohn, Esquire of Mendelsohn & Mendelsohn, P.C., attorney for Christine Kurtz, Chapter 13 Debtor, do hereby certify that on this 28th day of August 2022, I served or caused to be served a true and correct copy of the Chapter 13 Plan on the Debtor, and Creditor/s listed below.

Scott F. Waterman, Chapter 13 Trustee via ecf

United States Trustee via ecf

Lakeview Loan Servicing LLC
c/o M&T Bank
P.O. Box 840
Buffalo, NY 14240-0840

Dated: August 28, 2022

                                      Respectfully submitted,

                                      /s/ Brenna H. Mendelsohn

                                      Brenna Mendelsohn, Esquire

                                      Mendelsohn & Mendelsohn, P.C.

                                      637 Walnut Street

                                      Reading, PA 19601