Cardmember Service

P.O. Box 108
Saint Louis, MO 63166-0108

September 30, 2022

Clerk of Courts – Bankruptcy

U.S. Bankruptcy Court
Eastern District of Pennsylvania
201 Penn Street, 1st Floor
Reading, PA 19601

RE:     CHRISTINE A KURTZ
         Bankruptcy Case Number: 22-11581

To Whom It May Concern:

Please withdraw the Proof of Claim for U.S. Bank National Association dba Elan Financial Services entered as claim # 9 on the claims register in the above referenced case.

Sincerely,

Bankruptcy Department
P.O. Box 108
Saint Louis, MO 63166-0108

Certificate of Service:

The undersigned hereby certifies that a true and accurate copy of the above notice of withdrawal was electronically mailed or sent via U.S. Mail on September 30, 2022 to the parties shown below.

       s/ Jakeva Delesha Sherman
_____
         Jakeva Delesha Sherman


Attorney:    BRENNA HOPE MENDELSOHN
             637 WALNUT ST
             READING, PA 19601-3524


Trustee:     SCOTT F. WATERMAN (Chapter 13)
             2901 St. Lawrence Ave.
             Suite 100
             Reading, PA 19606

BK125