United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Christine A. Kurtz

    Debtor

Case No. 22-11581-pmm

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 27, 2022 | Form ID: 155 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christine A. Kurtz, 1127 North 11th St., Reading, PA 19604-2125 |
| 14708479 | | DONOVAN YOUNG DMD PLLC, C/O WAKEFIELD & ASSOCIATES LLC, PO BOX 51272, KNOXVILLE, TN 37950-1272 |
| 14699064 | + | Utilities Empl Cu, Po Box 798, Reading, PA 19603-0798 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14699041 | ^ | MEBN | Oct 27 2022 23:48:12 | Apex Asset Management, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 14699045 | + | Email/Text: rperez@arcadiarecovery.com | Oct 27 2022 23:54:00 | Arcadia Recovery Bureau, Attn: Bankruptcy, 645 Penn Street 4th Fl, Reading, PA 19601-3559 |
| 14699052 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 27 2022 23:53:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 14699053 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 27 2022 23:54:43 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14701960 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 27 2022 23:54:38 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14699058 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2022 23:54:45 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14699059 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 27 2022 23:54:00 | First National Bank, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103 |
| 14711869 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 27 2022 23:54:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 14699056 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 27 2022 23:54:49 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14708921 | + | Email/Text: RASEBN@raslg.com | Oct 27 2022 23:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14703488 | ^ | MEBN | Oct 27 2022 23:48:19 | Lakeview Loan Servicing LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14707510 | ^ | MEBN | Oct 27 2022 23:48:16 | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14699060 | | Email/Text: camanagement@mtb.com | Oct 27 2022 23:54:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14714184 | | Email/Text: bankruptcy@springoakscapital.com | | |

District/off: 0313-4 | User: admin | Page 2 of 3

Date Rcvd: Oct 27, 2022 | Form ID: 155 | Total Noticed: 23

| | | | |
|---|---|---|---|
| | | Oct 27 2022 23:53:00 | Spring Oaks Capital SPV, LLC, P. O. Box 1216, Chesapeake, VA 23327-1216 |
| 14699061 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Oct 27 2022 23:54:49 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14699062 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Oct 27 2022 23:54:45 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14699063 | + Email/Text: bncmail@w-legal.com | | |
| | | Oct 27 2022 23:54:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 14716332 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | Oct 27 2022 23:54:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 14699065 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Oct 27 2022 23:54:43 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 14707282 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Oct 27 2022 23:54:38 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14699055 | | Capital One Bank Usa N |
| 14699042 | *+ | Apex Asset Management, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 14699043 | *+ | Apex Asset Management, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 14699044 | *+ | Apex Asset Management, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 14699049 | *+ | Arcadia Recovery Bureau, Attn: Bankruptcy, 645 Penn Street 4th Fl, Reading, PA 19601-3559 |
| 14699050 | *+ | Arcadia Recovery Bureau, Attn: Bankruptcy, 645 Penn Street 4th Fl, Reading, PA 19601-3559 |
| 14699051 | *+ | Arcadia Recovery Bureau, Attn: Bankruptcy, 645 Penn Street 4th Fl, Reading, PA 19601-3559 |
| 14699046 | *+ | Arcadia Recovery Bureau, Attn: Bankruptcy, 645 Penn Street 4th Fl, Reading, PA 19601-3559 |
| 14699047 | *+ | Arcadia Recovery Bureau, Attn: Bankruptcy, 645 Penn Street 4th Fl, Reading, PA 19601-3559 |
| 14699048 | *+ | Arcadia Recovery Bureau, Attn: Bankruptcy, 645 Penn Street 4th Fl, Reading, PA 19601-3559 |
| 14699054 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14716001 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 14699057 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |

TOTAL: 1 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2022 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Oct 27, 2022 | Form ID: 155 | Total Noticed: 23

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| BRENNA HOPE MENDELSOHN | |
| | on behalf of Debtor Christine A. Kurtz tobykmendelsohn@comcast.net |
| BRIAN CRAIG NICHOLAS | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC  bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | |
| | ECFMail@ReadingCh13.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |


TOTAL: 4

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Christine A. Kurtz
          Debtor(s)

Chapter: 13

Bankruptcy No: 22−11581−pmm

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 27th day of October 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Patricia M. Mayer
Judge ,
United States Bankruptcy Court

21
Form 155