Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 22-11581-PMM**

Christine A. Kurtz  
1127 North 11th St.  
Reading  PA    19604

Petition Filed Date: 06/17/2022  
341 Hearing Date: 07/26/2022  
Confirmation Date: 10/27/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/24/2022 | $165.00 | | 09/26/2022 | $165.00 | | 10/24/2022 | $165.00 | |
| 11/28/2022 | $165.00 | | 12/27/2022 | $165.00 | | 01/24/2023 | $165.00 | |
| 02/27/2023 | $165.00 | | 03/24/2023 | $165.00 | | 04/24/2023 | $165.00 | |
| 05/24/2023 | $165.00 | | 06/27/2023 | $165.00 | | 07/24/2023 | $165.00 | |

**Total Receipts for the Period:  $1,980.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $2,145.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $4,100.00 | $1,816.65 | $2,283.35 |
| 1 | CAPITAL ONE BANK (USA) NA »» 001 | Unsecured Creditors | $3,022.10 | $0.00 | $3,022.10 |
| 2 | WELLS FARGO BANK NEVADA NA »» 002 | Unsecured Creditors | $9,162.75 | $0.00 | $9,162.75 |
| 3 | M&T BANK »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | DONOVAN YOUNG DMD PLLC »» 004 | Unsecured Creditors | $35.00 | $0.00 | $35.00 |
| 5 | CHASE BANK USA NA »» 005 | Unsecured Creditors | $3,613.89 | $0.00 | $3,613.89 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC »» 006 | Unsecured Creditors | $1,468.45 | $0.00 | $1,468.45 |
| 7 | SPRING OAKS CAPITAL SPV LLC »» 007 | Unsecured Creditors | $3,908.87 | $0.00 | $3,908.87 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC »» 008 | Unsecured Creditors | $9,260.41 | $0.00 | $9,260.41 |
| 9 | US BANK NA »» 009 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-11581-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,145.00 | Current Monthly Payment: | $165.00 |
| Paid to Claims: | $1,816.65 | Arrearages: | $0.00 |
| Paid to Trustee: | $178.20 | Total Plan Base: | $9,900.00 |
| Funds on Hand: | $150.15 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.