B 283  (Form 283) (04/10)

# UNITED STATES BANKRUPTCY COURT

### Eastern District of Pennsylvania

In re:  Christine Kurtz                                                       Case No.  18-10532-pmm
                    Debtor

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
## DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I.  Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☑    I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required
to pay any such obligation since then.

☐    I am or have been required to pay a domestic support obligation.  I have paid all such amounts that my
chapter 13 plan required me to pay.  I have also paid all such amounts that became due between the filing
of my bankruptcy petition and today.

*Part II.  If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address:_____

_____

*Part III.  Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☑    I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a
dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in
§ 522(p)(1), and (2) that exceeds $146,450* in value in the aggregate.

☐    I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a
dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in
§ 522(p)(1), and (2) that exceeds $146,450* in value in the aggregate.

*Part IV.  Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to
the best of my knowledge and belief.

Executed on   06/19/2025                        /s/ Christine Kurtz
                    Date                                        Debtor

*\*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*